# EXHIBIT 2

Cause No. _____

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, A CORPORATION DBA AIG | § § § § | IN THE DISTRICT COURT |
| vs. | § § | HARRIS COUNTY, TEXAS |
| PRAXIS ENERGY AGENTS, L.L.C. AKA AND DBA PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY | § § § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, A CORPORATION, doing business as AIG, hereinafter referred to as *Plaintiff*, and files this Original Petition complaining of PRAXIS ENERGY AGENTS, L.L.C., a Limited Liability Company, also known as, being the same entity as and doing business as PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY, hereinafter referred to as *Defendant*, and for cause of action would show unto the Honorable Court:

I.

Plaintiff affirmatively pleads that it seeks monetary relief over $250,000.00 but not more than $1,000,000.00. Plaintiff intend to conduct discovery under Level 2 of the Texas Rules of Civil Procedure.

II.

Venue is appropriate as all or a substantial part of the events or omissions giving rise to this claim occurred in Harris County.

PRAXIS ENERGY AGENTS, L.L.C., a Limited Liability Company, also known as, being the same entity as and doing business as PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY, may be served with citation by delivering the citation to THEODOSIOS KYRIAZIS, registered agent for service or to any Manager or Member of the Limited Liability Company at

2603 AUGUSTA DR STE 1260, HOUSTON, TX 77057 or at 1725 HUGHES LANDING BLVD STE 890, SPRING, TX 77380 or wherever he may be found.

III.

That on or about January 6, 2016, for valuable consideration, the Defendant entered into an Insurance Policy more specifically described in said Policy. A copy of the Policy is attached hereto and marked Exhibit "A" and made a part hereof for all purposes as if set out herein verbatim. According to Section V.(H) of said Policy, the Defendant was required to subrogate Plaintiff to all of the Defendant's rights of recovery against any person or organization, and required to execute and deliver all instruments and papers and do whatever necessary to secure Plaintiff's rights.

IV.

Plaintiff paid a claim to Defendant pursuant to the policy, as evidenced by the check attached hereto and incorporated herein as Exhibit "B". Subsequently, the entity responsible for the claim entered into an insolvency proceeding. In violation of Section V.(H) of the Policy, Defendant failed to either file a claim in said insolvency proceeding, or to furnish Plaintiff with the necessary instruments and papers to enable it to file a claim directly. As a result of Defendant's failure to act per the Policy provisions, Plaintiff is entitled to a refund of the amount paid to Defendant on the claim, specifically $285,988.70, together with interest and attorneys' fees as hereinafter alleged.

V.

That Plaintiff has made written demand upon the Defendant for payment of said account, more than thirty (30) days prior to the filing of this Petition, and that Plaintiff would show the Court that the recovery of attorneys' fees is authorized, made and provided, under and according to the provisions of Chapter 38, Texas Civil Practice and Remedies Code, the agreement between the parties, and the principles of equity. Plaintiff further sues Defendant for reasonable attorneys' fees, inasmuch as Plaintiff has been required to employ the undersigned attorneys to file

this suit and has agreed to pay them a reasonable fee for their services, all of which Plaintiff alleges to be at least the sum of $95,330.00.

VI.

REQUEST FOR DISCLOSURE

Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose, within fifty (50) days of the service of this request, the information or material described in Rule 194.2.(a)-(k), Tex.R. Civ. P.

WHEREFORE, premises considered, your Plaintiff prays unto this Honorable Court that the Defendant be cited to appear and answer herein, and that upon a final hearing hereof, Plaintiff do have and recover judgment against Defendant, in the sum and amount of $285,988.70 together with interest thereon at the rate of six percent (6%) per annum from the 30th day after each invoice came due to the date of Judgment, costs of court, reasonable attorneys' fees as hereinabove alleged, statutory interest at the rate for Judgments prevailing in the State of Texas at the time the Judgment is entered on the total amount of the Judgment until paid, and for such further and other relief, general or special, in law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

TOTZ ELLISON & TOTZ, P.C.

By: _____
JON D. TOTZ
TBA # 20148000
2211 Norfolk, Suite #510
Houston, Texas 77098
Phone: 713-275-0303
Fax: 713-275-0304
Email: jtotz@tetlegal.com
E-Service: service@tetlegal.com

**ATTORNEYS FOR PLAINTIFF**

1694316

LAW OFFICES OF
## TOTZ ELLISON & TOTZ, P. C.
A PROFESSIONAL CORPORATION
2211 NORFOLK, SUITE 510, HOUSTON, TX 77098-4096
PHONE (713) 275-0363
FAX (713) 275-0364

STATE OF _New York_

COUNTY OF _Erie_

BEFORE ME, the undersigned authority, on this day personally appeared _Robert M. Thanisch_ who, being by me duly sworn, states on oath that _he is the Authorized Agent_

1. An individual trading as _____

2. Agent of _____ a partnership, and that _____ is duly qualified to make this affidavit.

3. Agent of _AIG (National Union Fire Insurance Co. of Pittsburgh, Inc._ a _Corporation_ duly incorporated and existing under and by virtue of the laws of the State of _Pennsylvania_ with its principal office and domicile in the City of _New York_, County of _New York_ and State of _New York_ and is duly qualified and authorized to make this affidavit.

4. That the foregoing and annexed account, claim, and cause of action in favor of _AIG (National Union Fire Insurance Co. of Pittsburgh, Inc._ and against PRAXIS ENERGY AGENTS LLC, a limited liability company, also known as, being the same entity as and doing business as PRAXIS ENERGY AGENTS and PRAXIS ENERGY in the sum of _285,988.70_ _____ dollars is within the personal knowledge of affiant just and true, that it is due, that all just and lawful offsets, payments and credits have been allowed, and that the facts in this affidavit are true.

SWORN TO AND SUBSCRIBED BEFORE ME, this _30th_ day of _October_ A.D. 2020.

(Notary Seal)

NOTARY PUBLIC IN AND FOR THE STATE OF _____

My commission expires _1/22/23_

IF AN INDIVIDUAL, COMPLETE PARAGRAPH 1; IF A PARTNERSHIP, COMPLETE PARAGRAPH 2; IF A CORP./LC/LP, COMPLETE PARAGRAPH 3. TOP SECTION OF AFFIDAVIT AND PARAGRAPH 4 MUST BE COMPLETED. AFFIDAVIT MUST BE SIGNED AND NOTARIZED.



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 27, 2021


Certified Document Number:        93453157 Total Pages:  4


Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**