# EXHIBIT 4

EML

COPY OF PLEADING PROVIDED BY PLT

| | |
|---|---|
| PLAINTIFF: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (A CORPORATION) (DBA AIG) | In the 113th Judicial |
| vs. | District Court of |
| DEFENDANT: PRAXIS ENERGY AGENTS L.L.C. (A LIMITED LIABILITY COMPANY) (AKA AND DBA PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY) | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: PRAXIS ENERGY AGENTS, L.L.C. (A LIMITED LIABILITY COMPANY) (ALSO KNOWN AS BEING THE SAME ENTITY AS AND DOING BUSINESS AS PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY) MAY BE SERVED WITH CITATION BY DELIVERING THE CITATION TO THEODOSIOS KYRIAZIS REGISTERED AGENT FOR SERVICE OR TO ANY MANAGER OR MEMBER OF THE LIMITED LIABILITY COMPANY AT

2603 AUGUSTA DR STE 1260

HOUSTON TX 77057

OR AT 1725 HUGHES LANDING BLVD STE 890 SPRING TX 77380 (REGISTERED OFFICE)

OR WHEREVER HE MAY BE FOUND

Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION.

This instrument was filed on January 20, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this January 20, 2021.



$87.50 fee pd
Loop Legal

Marilyn Burgess

_____ of _____

County of Texas

By: _____ Deputy

I, this day, _____ whose name to the above named person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20____.

_____
Notary Public

Certified Document Number: 95520421 - Page 2 of 6

EML

COPY OF PLEADING PROVIDED BY PLT

Receipt Number: 840402
Tracking Number: 73852042

SERVICE DATE
1. 3-12-2021
2. 3-15-2021
3. 3-22-21
4. 3-24-21
5.
6.

CAUSE NUMBER: 202079042

PLAINTIFF: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (A CORPORATION) (DBA AIG)

vs.

DEFENDANT: PRAXIS ENERGY AGENTS L.L.C. (A LIMITED LIABILITY COMPANY) (AKA AND DBA PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY)

In the 113th Judicial

District Court of

Harris County, Texas

---

## CITATION

THE STATE OF TEXAS
County of Harris

TO: PRAXIS ENERGY AGENTS, L.L.C. (A LIMITED LIABILITY COMPANY) (ALSO KNOWN AS BEING THE SAME ENTITY AS AND DOING BUSINESS AS PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY) MAY BE SERVED WITH CITATION BY DELIVERING THE CITATION TO THEODOSIOS KYRIAZIS REGISTERED AGENT FOR SERVICE OR TO ANY MANAGER OR MEMBER OF THE LIMITED LIABILITY COMPANY AT

2603 AUGUSTA DR STE 1260

HOUSTON TX 77057

OR AT 1725 HUGHES LANDING BLVD STE 890 SPRING TX 77380 (REGISTERED OFFICE)

OR WHEREVER HE MAY BE FOUND

Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION.

This instrument was filed on January 20, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this

January 20, 2021.



Marilyn Burgess

Generated by: WANDA CHAMBERS

Certified Document Number: 95520421 - Page 3 of 6

_____ of _____

_____

_____ affiant _____ Notary

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this return was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS _____ of
_____, 20 ___.

_____
Notary Public

Certified Document Number: 95520421 - Page 4 of 6

## AFFIDAVIT OF DUE DILIGENCE

| Case: 2020-79042 | Court: IN THE 113TH JUDICIAL DISTRICT COURT | County: HARRIS, TEXAS | Job: 5450614 (102524) |
|---|---|---|---|
| **Plaintiff / Petitioner:** NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, ET AL | | **Defendant / Respondent:** PRAXIS ENERGY AGENTS, L.L.C. | |
| **Received by:** JLH LEGAL, LP DBA LOOP LEGAL SERVICE | | **For:** TOTZ ELLISON & TOTZ | |
| **To be served upon:** PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THEODOSIOS KYRIAZIS, REGISTERED AGENT FOR SERVICE | | | |

I, JOEL L HERSHEY, being duly sworn, depose and say: I am over the age of 18 years and not a party to or interested in the above suit. I have personal knowledge of the true and correct facts stated in this affidavit and I am authorized by law to serve process in the State of Texas.

**Recipient Name / Address:** PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THEODOSIOS KYRIAZIS, REGISTERED AGENT FOR SERVICE, REGISTERED OFFICE ADDRESS: 1725 HUGHES LANDING BLVD STE 890, SPRING, MONTGOMERY COUNTY, TX 77380

**Manner of Service:** Unsuccessful Attempt

**Documents:** CITATION AND PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION WITH ATTACHED EXHIBITS (Received Mar 12, 2021 at 7:45am CST)

**Additional Comments:**
Unsuccessful Attempt: Mar 12, 2021, 10:38 am CST at REGISTERED OFFICE ADDRESS: 1725 HUGHES LANDING BLVD STE 890, SPRING, MONTGOMERY COUNTY, TX 77380
**NOT IN PER YOUNG ADULT MALE...TOLD TO TRY MONDAY AFTER 9:30 AM...LEFT CARD WITH HIM...**

JOEL L HERSHEY
PSC-613 EXP 7/31/2022

JLH LEGAL, LP DBA LOOP LEGAL SERVICE
PO BOX 42497
HOUSTON, TEXAS 77242

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 3/26/2021

VIVIAN VASQUEZ
My Notary ID # 125932561
Expires June 4, 2024

# AFFIDAVIT OF DUE DILIGENCE

| Case: 2020-79042 | Court: IN THE 113TH JUDICIAL DISTRICT COURT | County: HARRIS, TEXAS | Job: 5450614 (102524) |
|---|---|---|---|
| **Plaintiff / Petitioner:** NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, ET AL | | **Defendant / Respondent:** PRAXIS ENERGY AGENTS, L.L.C. | |
| **Received by:** JLH LEGAL, LP DBA LOOP LEGAL SERVICE | | **For:** TOTZ ELLISON & TOTZ | |
| **To be served upon:** PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THEODOSIOS KYRIAZIS, REGISTERED AGENT FOR SERVICE | | | |

I, TRAVIS C HERSHEY, being duly sworn, depose and say: I am over the age of 18 years and not a party to or interested in the above suit. I have personal knowledge of the true and correct facts stated in this affidavit and I am authorized by law to serve process in the State of Texas.

**Recipient Name / Address:** PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THEODOSIOS KYRIAZIS, REGISTERED AGENT FOR SERVICE, REGISTERED OFFICE ADDRESS: 1725 HUGHES LANDING BLVD STE 890, SPRING, MONTGOMERY COUNTY, TX 77380

**Manner of Service:** Unsuccessful Attempt

**Documents:** CITATION AND PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION WITH ATTACHED EXHIBITS (Received Mar 12, 2021 at 7:45 am CST)

**Additional Comments:**
1) Unsuccessful Attempt: Mar 15, 2021, 10:01 am CDT at REGISTERED OFFICE ADDRESS: 1725 HUGHES LANDING BLVD STE 890, SPRING, MONTGOMERY COUNTY, TX 77380
**DOOR WAS LOCKED...LIGHTS WERE ON INSIDE THE OFFICE...NO RESPONSE TO MY KNOCKING**

2) Unsuccessful Attempt: Mar 22, 2021, 2:06 pm CDT at REGISTERED OFFICE ADDRESS: 1725 HUGHES LANDING BLVD STE 890, SPRING, MONTGOMERY COUNTY, TX 77380
**NO ANSWER AT THE LOCKED DOOR. BUSINESS NEXT DOOR SAID PEOPLE COME AND GO BUT MOSTLY WORK FROM HOME...LEFT MY CARD ON THE DOOR...**

3) Unsuccessful Attempt: Mar 24, 2021, 10:30 am CDT at REGISTERED OFFICE ADDRESS: 1725 HUGHES LANDING BLVD STE 890, SPRING, MONTGOMERY COUNTY, TX 77380
**A YOUNG ADULT MALE CAME TO THE LOCKED DOOR. HE STATED THAT THE REGISTERED AGENT WAS NOT IN AND THAT THERE WAS NO ONE IN THE OFFICE AUTHORIZED TO ACCEPT SERVICE...LEFT MY CARD WITH HIM...**

TRAVIS C HERSHEY
PSC-15789 EXP 10/31/2022

JLH LEGAL, LP DBA LOOP LEGAL SERVICE
PO BOX 42497
HOUSTON, TEXAS 77242

Subscribed and sworn to before me by the affiant who is personally known to me.

**Notary Public**

**Date** 3/26/2021

VIVIAN VASQUEZ
My Notary ID # 125932561
Expires June 4, 2024



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 27, 2021


Certified Document Number:        95520421 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**