# EXHIBIT 6

CAUSE NO. 202079042

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO. 897608     TRACKING NO: 73865604

Plaintiff:
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, A
CORPORATION DBA AIG
vs.
Defendant:
PRAXIS ENERGY AGENTS, L.L.C. AKA AND DBA PRAXIS ENERGY
AGENTS, AND PRAXIS ENERGY

In The 113th Judicial District
Court of Harris County, Texas

CITATION (SECRETARY OF THE STATE OF TEXAS)

THE STATE OF TEXAS
County of Harris

To:   PRAXIS ENERGY AGENTS, L.L.C. A LIMITED LIABILITY COMPANY ALSO KNOWN AS BEING THE SAME
ENTITY AS AND DOING BUSINESS AS PRAXIS ENERGY AGENTS AND PRAXIS ENERGY MAY BE SERVED BY
SERVING CITATION TO THE SECRETARY OF STATE OF TEXAS
PO BOX 12079 AUSTIN TEXAS 78711-2079
  FORWARD TO:
    2603 AUGUSTA DR STE 1260, HOUSTON TX 77057

Attached is a certified copy of: PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION.

This instrument was filed on April 28, 2021 in the above cited cause number and court. The
instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on April 28, 2021, under my hand and seal of said court.

Issued at the request of:
Totz, Jon D.
2211 Norfolk, Suite #510

Houston, TX  77098
713-275-0303
Bar Number 20148000



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline,   Houston  Texas
77002
(PO Box 4651, Houston, Texas
77210)

Generated By: WANDA CHAMBERS

CHECK IN THE AMOUNT OF
$55.00 FORWARDED TO
THE SECRETARY OF STATE

$82.50 for pd
Loop legal

AFFIDAVIT
ATTACHED

CAUSE NUMBER: 202079042

| | |
|---|---|
| PLAINTIFF: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, A CORPORATION DBA AIG<br>vs.<br>DEFENDANT: PRAXIS ENERGY AGENTS, L.L.C. AKA AND DBA PRAXIS ENERGY AGENTS, AND PRAXIS ENERGY | In the 113th<br>Judicial District Court of<br>Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M. on the _____ day of _____, 20____. Executed at Address) _____ ____ in _____ County at o'clock ___.M. on the _____ day of _____, 20____, by Summoning the _____ Delivering to _____ in person a corporation By leaving in the principal office during office hours _____ of the said _____ a true copy of this notice, together with accompanying copy of _____ To certify which I affix my hand officially this _____ day of _____, 20___.

Fees $ _____

_____

By _____
    Affiant                                                                               Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.



Certified Document Number: 96852880 - Page 2 of 4

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of
_____, 20__

_____   Notary Public

Certified Document Number: 96852880 - Page 3 of 4

AFFIDAVIT ATTACHED

# AFFIDAVIT OF SERVICE

| Case: 2020-79042 | Court: IN THE 113TH JUDICIAL DISTRICT COURT | County: HARRIS, TEXAS | Job: 5817633 (102524) |
|---|---|---|---|
| **Plaintiff / Petitioner:** NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, ET AL | | **Defendant / Respondent:** PRAXIS ENERGY AGENTS, L.L.C. | |
| **Received by:** JLH LEGAL, LP DBA LOOP LEGAL SERVICE | | **For:** TOTZ ELLISON & TOTZ | |
| **To be served upon:** PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THE SECRETARY OF STATE OF THE STATE OF TEXAS | | | |

I, TRAVIS C HERSHEY, being duly sworn, depose and say: I am over the age of 18 years and not a party to or interested in the above suit. I have personal knowledge of the true and correct facts stated in this affidavit and I am authorized by law to serve process in the State of Texas.

**Recipient Name / Address:** PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THE SECRETARY OF STATE OF THE STATE OF TEXAS, 1019 BRAZOS STREET, AUSTIN, TRAVIS COUNTY, TEXAS 78701

**Manner of Service:** Secretary of State, Jul 2, 2021, 8:04 am CDT

**Documents:** CITATION AND PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION WITH ATTACHED EXHIBITS AND $55 FILING FEE (Received Jun 22, 2021 at 6:21 pm CDT)

**Additional Comments:**
Successful Attempt: Jul 2, 2021, 8:04 am CDT at 1019 BRAZOS STREET, AUSTIN, TRAVIS COUNTY, TEXAS 78701
Delivered to PRAXIS ENERGY AGENTS, L.L.C., A LIMITED LIABILITY COMPANY, AKA, BSEA AND DBA PRAXIS ENERGY AGENTS AND PRAXIS ENERGY, BY DELIVERING THE CITATION AND PETITION TO THE SECRETARY OF STATE OF THE STATE OF TEXAS, BY LEAVING SAID PAPERS WITH WEB JEROME, AUTHORIZED PERSON TO ACCEPT SERVICE, WITH THE DATE OF SERVICE ENDORSED THEREON BY ME.

TRAVIS C HERSHEY
PSC-15789 EXP 10/31/2022

JLH LEGAL, LP DBA LOOP LEGAL SERVICE
PO BOX 42497
HOUSTON, TEXAS 77242

Subscribed and sworn to before me by the affiant who is personally known to me.

**Notary Public**

**Date** 7/8/2021

VIVIAN VASQUEZ
My Notary ID # 125932561
Expires June 4, 2024



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 27, 2021


Certified Document Number:        96852880 Total Pages:  4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**